IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK WILKERSON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | No. CIV-06-423-C |
| ) | |
| JUSTIN JONES, Director, ) | |
| ) | |
| Respondent ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 1, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is DENIED. A judgment will enter accordingly.

IT IS SO ORDERED this 29th day of June, 2006.

ROBIN J. CAUTHRON
United States District Judge